THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice forthcoming*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>　　　　　Defendant. | Case No. 5:22-cv-02111<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT
Case No. 5:22-cv-02111

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.1.1, The Appeal, Inc., is a private, non-governmental entity, states that it has no corporate parents, affiliates and/or subsidiaries which are publicly held, and therefore no publicly-held corporation owns 10% or more of its stock.

DATED: November 28, 2022

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Thomas R. Burke*
     THOMAS R. BURKE

Attorneys for Plaintiffs THE APPEAL, INC., and ETHAN COREY