AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| The Appeal, Inc. and Ethan Corey<br><br>*Plaintiff(s)*<br>v.<br>United States Department of Justice's Office of Justice Programs<br><br>*Defendant(s)* | Civil Action No. 5:22-cv-02111 JFW (AFMx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Office of Justice Programs
U.S. Department of Justice
810 Seventh Street NW
Washington, DC 20531

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas R. Burke
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/2022

*Signature of Clerk or Deputy Clerk*