THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-JFW-AFM<br><br>**NOTICE OF DESIGNATION OF LEAD COUNSEL; DECLARATION OF THOMAS R. BURKE**<br><br><br><br>Action Filed: November 28, 2022 |

NOTICE OF DESIGNATION OF LEAD TRIAL COUNSEL; DECLARATION OF THOMAS R. BURKE
Case No. 5:22-cv-02111-JFW-AFM

PLEASE TAKE NOTICE that Thomas R. Burke is hereby designated as lead attorney for Plaintiffs THE APPEAL, INC., and ETHAN COREY.

DATED: December 9, 2022

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Thomas R. Burke*
THOMAS R. BURKE

Attorneys for Plaintiffs THE APPEAL, INC., and ETHAN COREY

### Declaration of Lead Trial Counsel

I, Thomas R. Burke, declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine, LLP, and am counsel of record for Plaintiffs THE APPEAL, INC., and ETHAN COREY ("Plaintiffs") in this case. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. I am lead trial counsel for Plaintiffs in this case.

3. I have registered as a "CM/ECF User" in this Court.

4. My e-mail address of record is thomasburke@dwt.com.

5. I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December, 2022, at San Francisco, California.

*/s/ Thomas R. Burke*
Thomas R. Burke