| | |
|---|---|
| 1 | LEENA M. CHARLTON (*pro hac vice*) |
| | Davis Wright Tremaine LLP |
| 2 | 1251 Avenue of the Americas, 21st Floor |
| | New York, New York 10020 |
| 3 | Telephone: 212-489-8230 |
| | Facsimile: 212-489-8340 |
| 4 | Email: leenacharlton@dwt.com |
| 5 | Attorneys for Plaintiffs |
| | THE APPEAL, INC. and ETHAN COREY |
| 6 | *Additional Attorneys Listed on Next Page* |
| 7 | E. MARTIN ESTRADA |
| | United States Attorney |
| 8 | DAVID M. HARRIS |
| | Assistant United States Attorney |
| 9 | Chief, Civil Division |
| | JOANNE S. OSINOFF |
| 10 | Assistant United States Attorney |
| | Chief, General Civil Section |
| 11 | JOHN C. KOREVEC (Cal. Bar No. 310157) |
| | Assistant United States Attorney |
| 12 |     Federal Building, Suite 7516 |
| |     300 North Los Angeles Street |
| 13 |     Los Angeles, California 90012 |
| |     Telephone: (213) 894-7423 |
| 14 |     Facsimile: (213) 894-7819 |
| |     E-mail: john.korevec@usdoj.gov |
| 15 | |
| | Attorneys for Defendant |
| 16 | U.S. Department of Justice, |
| | Office of Justice Programs |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| THE APPEAL, INC. and ETHAN COREY, | | Case No. 5:22-cv-02111-JFW (AFMx) |
| Plaintiffs, | | **Stipulation to Extend Defendant's Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)** |
| v. | | |
| UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS, | | Complaint served: December 8, 2022 |
| | | Current response date: January 7, 2023 |
| | | New response date: February 6, 2023 |
| Defendant. | | Honorable John F. Walter |
| | | United States District Judge |

THOMAS R. BURKE (State Bar No. 141930)
Davis Wright Tremaine LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: 415-276-6500
Facsimile: 415-276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: 213-633-6800
Facsimile: 213-633-6899
Email: sarahburns@dwt.com

1

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that Defendant United States Department of Justice's Office of Justice Programs may have an initial thirty (30) day extension of time, from January 7, 2023, to February 6, 2023, to respond to the initial complaint in this action in accordance with Local Civil Rule 8-3 of the Local Rules for the Central District of California. No prior extensions have been requested by the parties.

Dated:  December 29, 2022

THOMAS R. BURKE
SARAH E. BURNS
Davis Wright Tremaine LLP

 /s/ *Leena M. Charlton*[*]
LEENA M. CHARLTON

Attorneys for Plaintiffs
THE APPEAL, INC. and ETHAN COREY

Dated:  December 29, 2022

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ *John C. Korevec*
JOHN C. KOREVEC
Assistant United States Attorney

Attorneys for Defendant
U.S. Department of Justice,
Office of Justice Programs

---

[*] Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2