BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
CORMAC A. EARLY (D.C. Bar No. 1033835)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-7420
E-mail: Cormac.a.early@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JOHN C. KOREVEC (Cal. Bar No. 310157)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-7423
Facsimile: (213) 894-7819
E-mail: john.korevec@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice,
Office of Justice Programs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>　　　　　Defendant. | No. 5:22-cv-02111-JFW (AFMx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Hon. John F. Walter<br>United States District Judge |

I, Cormac A. Early, declare as follows:

1. I am a Trial Attorney in the Federal Programs Branch of the Civil Division of the United States Department of Justice. I am the attorney primarily responsible for representing the Defendant in the above-captioned action. I make this Declaration pursuant to the Court's Standing Order issued in this action, dated December 1, 2022. *See* Dkt. No. 9.

2. I am a registered user of the Federal Judiciary's Case Management/Electronic Case Files ("CM/ECF") system, including for the Central District of California.

3. My email address of record is cormac.a.early@usdoj.gov.

4. I have read the Court's Standing Order and the Local Civil Rules for the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2023, in Washington, D.C.

*/s/ Cormac A. Early*

_____

CORMAC A. EARLY
Trial Attorney

1