CLERK, U.S. DISTRICT COURT

May 19, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In the Matter of the Creation of the Calendar | ) ) ) |
| of | ) ) |
| Judge WESLEY L. HSU | ) ) ) |

ORDER OF THE CHIEF JUDGE
**23-055**

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Wesley L. Hsu,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John. F. Walter to the calendar of Judge Wesley L. Hsu:

| 2:22-cv-01930-JFW-SKx | Seal v. Seal |
|---|---|
| 2:22-cv-04250-JFW-RAOx | Mercedes Torres et al v. County of Los Angeles et al |
| 2:22-cv-05189-JFW-Ex | Dan Sernett v. Unum Group et al |
| 2:22-cv-06849-JFW-RAOx | Catherine Noonan v. Halsted Financial Services, LLC |
| 2:22-cv-07051-JFW-KSx | Kristopher Chavira v. Transdev Services Inc. et al |
| 2:23-cv-00379-JFW-MRWx | AirDoctor, LLC v. Xin Rui Cross-Border E-Commerce Service Shenzhen Co., Ltd. et al |
| 2:23-cv-01726-JFW-KES | Timothy Trayvon Dabney v. Kilolo Kijakazi |
| 2:23-cv-01764-JFW-ADSx | Laura H. Steckler v. Tim Cummings et al |
| 2:23-cv-02232-JFW-MAAx | Dan Zhao v. Alejandro Mayorkas et al |
| 2:23-cv-02915-JFW-SKx | Rachel Leopold et al v. Keystone RV Company |
| 2:23-cv-03283-JFW-MAAx | Yagman Reichmann, LLP v. Benjamin Schonbrun |
| 5:22-cv-02111-JFW-AFMx | The Appeal, Inc. et al v. United States Department of Justices Office of Justice Programs |
| 5:22-cv-02176-JFW-JEM | Brandon Christopher Ritter v. Kelly Santoro |
| 5:23-cv-00703-JFW-SPx | Gisselle Elias v. Wal-Mart Stores, Inc. et al |

In the Matter of the
Creation of Calendar for
District Judge Wesley L. Hsu                                                           2
_____

On all documents subsequently filed in the case, please substitute the Judge initials

WLH after the case number in place of the initials of the prior Judge.


DATED: May 19, 2023                    _____
                                                    Chief Judge Philip S. Gutierrez