THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>　　　　Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**JOINT STIPULATION**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

1  Ethan Corey and The Appeal, Inc. ("Plaintiffs") and Defendant United States Department of Justice's Office of Justice Programs ("Defendant" and, together, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS this case concerns a Freedom of Information Act ("FOIA") request for records regarding deaths in custody submitted to the United States Department of Justice's Office of Justice Programs ("OJP"), and involves largely the same issues and documents as are at issue in *Gannett Satellite Information Network, LLC v. U.S. Dep't of Justice*, No. 1:22-cv-475-BAH (D.D.C.) ("*Gannett*"),

WHEREAS the parties in *Gannett* have agreed that OJP will complete processing of responsive records by October 26, 2023,

WHEREAS, the Parties met and conferred telephonically on August 18, 2023, and agree that the ongoing processing of records in *Gannett* will assist the Parties in clarifying the issues in this case that may require judicial resolution,

WHEREAS the Parties are currently due to appear for an in-person Status Conference before the Court on August 25, 2023,

WHEREAS the Parties agree that appearance by Zoom or Microsoft Teams would avoid substantial travel times by both Trial Counsel,

WHEREAS Judge John F. Walter previously placed this case on a trial schedule, *see* March 6, 2023 Scheduling and Case Management Order ("Order"), ECF 24,

WHEREAS the Order includes several upcoming deadlines, including August 28, 2023, the last day for hearing motions before trial; October 16, 2023, the filing deadline for pre-trial conference orders, motions in limine, and other trial motions and briefs; and November 7, 2023, the start date for a two-day trial,

WHEREAS the Parties agree that the existing schedule as set forth in the Order should be vacated and revisited when more information is available about the production of documents in *Gannett* and the necessity of summary judgment in this case,

WHEREAS the Parties further agree that postponing the Status Conference until after the completion of processing in *Gannett* and/or allowing Counsel to appear remotely would best preserve the resources of the Parties and the Court and facilitate the efficient resolution of this case,

IT IS HEREBY STIPULATED that the existing schedule as set forth in the Order is vacated and the Status Conference currently scheduled for August 25, 2023 will be held on November 10, 2023, or another date after October 26 that is convenient for the Court.

Dated: August 18, 2023          UNITED STATES DEPARTMENT OF JUSTICE

/s/ *Cormac Early*
Cormac Early
*Attorney for Defendant*

Dated: August 18, 2023          DAVIS WRIGHT TREMAINE LLP

/s/ *Thomas R. Burke*
Thomas R. Burke
*Attorneys for Plaintiffs*