1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE APPEAL, INC., and ETHAN COREY,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>            Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**ORDER [34]**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |
|---|---|

Upon consideration of the Parties' Stipulation and finding good cause, it is **HEREBY ORDERED** that:

1. The August 25, 2023, status conference will be continued until November 17, 2023 at 9:30 a.m.

2. The deadlines set forth in the Scheduling and Case Management Order (Docket No. 24) are vacated.

3. Two weeks prior to November 10, 2023, the parties are ordered to file a revised Federal Rule of Civil Procedure 26(f) Report per the instructions contained in the Standing Order for Setting Scheduling Conference available at the webpage https://www.cacd.uscourts.gov/honorable-wesley-l-hsu.

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2023.

                                        HON. WESLEY L. HSU
                                        UNITED STATES DISTRICT JUDGE