THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT SCHEDULE**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Pursuant to the Standing Order for Motion for Summary Judgment and FRCP Rule 6(b), Ethan Corey and The Appeal, Inc. ("Plaintiffs"), through their counsel of record, respectfully move for an order extending all currently set case management deadlines.

Based on the schedules set forth in the Civil Pretrial Schedule and Trial Order (Dkt. 40) and Standing Order for Motions for Summary Judgment (Dkt. 41), the Parties have calculated that the moving portion of the joint summary judgment brief must be served by April 8, 2024 and—because the motion must be filed six weeks prior to the hearing date (Dkt. 40, Sec. A(2)(b))—that the full brief must be filed by April 26, 2024. Because of the compressed briefing schedule and other good cause, Plaintiffs respectfully request that the Court grant an extension of the deadlines cross-referenced in the Case Management Schedule and the SJ Standing Order.

During the month of April, Plaintiff's counsel has at least four briefs due in other matters. Currently, Ms. Charlton has an appellate reply brief due in New Jersey State Court; a reply to motion to dismiss due in the Southern District of Florida, a motion to dismiss due in the Southern District of New York; and an amicus brief due in the 5th Circuit, all due on or before April 22, 2024. In addition, Mr. Burke is out of the country through April 28, 2024. Because FOIA cases rarely lead to trial, Plaintiffs' counsel would like the time to be able to devote full attention to these summary judgment motions.

Pursuant to the current Case Management Schedule, the Parties conferred via video conference on March 25, 2024. Counsel for the Department of Justice consented to an extension in the Case Management Schedule. Together, counsel have proposed a schedule that accommodates counsel for both Parties. The proposed schedule is as follows:

- April 29 – Moving brief served
- May 27 – Opposition served
- May 31 – Joint brief filed
- June 10 – Reply brief filed
- July 11 – Motion hearing
- October 30 (or later) – Settlement Conference deadline

|    |    |
|----|----|
| 1  | This is the Parties' first request for an extension for their summary judgment filing |
| 2  | deadlines, though prior continuances for case management conferences have been granted. |
| 3  | This motion is made in good faith and not for purposes of delay. |

Dated: March 29, 2024                          DAVIS WRIGHT TREMAINE LLP

/s/ *Thomas R. Burke*
Thomas R. Burke
*Attorneys for Plaintiffs*