IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY, | Case No. 5:22-cv-02111-WLH-AFM |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS, | Hon. Wesley L. Hsu<br>United States District Judge |
| Defendant. | |

Upon consideration of the Plaintiff's Motion to Extend Deadlines in the Case Management Schedule and finding good cause, it is HEREBY ORDERED that the Motion is Granted, and the case management schedule will follow the following schedule:

- April 29 – Moving brief served
- May 27 – Opposition served
- May 31 – Joint brief filed
- June 10 – Reply brief filed
- July 11 – Motion hearing
- October 30 (or later) – Settlement Conference

**IT IS SO ORDERED.**

Dated this ___ day of April, 2024.

_____
Hon. Wesley L. Hsu
United States District Judge

2