THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California  94111
Telephone:      (415) 276-6500
Facsimile:      (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017
Telephone:      (213) 633-6800
Facsimile:      (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
Telephone:      (212) 489-8230
Facsimile:      (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS, <br><br> Defendant. | Case No. 5:22-cv-02111-WLH-AFM <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> Hon. Wesley L. Hsu <br> United States District Judge |

Ethan Corey and The Appeal ("Plaintiffs") respectfully submit this Request for Judicial Notice in support of its cross-motion for summary judgment ("Motion").

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of the following documents, true and correct copies of which are available at the links provided Exhibits A through O, and Q through W, and Y to the Declaration of Leena Charlton in Support of Plaintiffs' Cross Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| A | The Report of the Attorney General Pursuant to Section (6)(e) of Executive Order 14074 – Department of Justice Implementation of the Death in Custody Reporting Act of 2013 (September 16, 2022), *available at* https://bja.ojp.gov/doc/DOJ-Implementation-of-DCRA-of-2013.pdf. |
| B | The Bureau of Justice Statistics webpage, Mortality in Correctional Institutions (Formerly Deaths in Custody Reporting Program (DCRP)), *available at* https://bjs.ojp.gov/data-collection/mortality-correctional-institutions-mci-formerly-deaths-custody-reporting-program#0-0 |
| C | The Bureau of Justice Statistics Special Report – Suicide and Homicide in State Prisons and Local Jails by Christopher J. Mumola (dated August 2005), *available at* https://bjs.ojp.gov/content/pub/pdf/shsplj.pdf. |
| D | United States Department of Justice Report of the Attorney General to Congress Pursuant to the Death in Custody Reporting Act (December 16, 2016), *available at* https://www.justice.gov/archives/page/file/918846/dl |
| E | The Office of the Inspector General, U.S. Department of Justice, Review of the Department of Justice's Implementation of the Death in Custody Reporting Act of 2013 (December 2018), *available at* https://oig.justice.gov/reports/2018/e1901.pdf |
| F | The report "A Matter of Life and Death: The Importance of the Death in Custody Reporting Act" by Project of Government Oversight and the Leadership Conference Education Fund (February 2023), *available at* https://s3.amazonaws.com/docs.pogo.org/report/2023/A-Matter-of-Life-and-Death-the-Importance-of-the-Death-in-Custody-Reporting-Act_2023.pdf |
| G | Agency Information Collection Activities; Proposed Collection Comments Requested; New Collection: Death in Custody Reporting Act Collection, 81 Fed. Reg. 91948 (December 19, 2016), *available at* https://www.govinfo.gov/content/pkg/FR-2016-12-19/pdf/2016-30396.pdf |
| H | The CJ-11A Reporting Instructions for Arrest-Related Deaths 2009, *available at* https://bjs.ojp.gov/content/pub/pdf/cj-11a_09-instructions.pdf |

| Exhibit | Description |
|---------|-------------|
| I | The Edward Byrne Memorial Justice Assistance Grants Program report by the Congressional Research Service (April 25, 2024), *available at* https://crsreports.congress.gov/product/pdf/IF/IF10691 |
| J | The Bureau of Justice Assistance – Fiscal Year (FY) 2023 Edward Byrne Memorial Justice Assistance Grant (JAG) Programs Allocation by State, *available at* https://bja.ojp.gov/funding/fy23-state-local-jag-allocations-by-state.pdf |
| K | The Office of Justice Programs Searchable Map of OJP Awards since 2021 *available at* https://charts.ojp.usdoj.gov/t/public/views/OJPAwardsDashboardallFiscalYears/AwardsByState?%3Aembed=y&%3Aiid=2&%3AisGuestRedirectFromVizportal=y; and Bureau of Justice Assistance Funding Awards webpage with award grantee database, *available at* https://bja.ojp.gov/funding/awards/list?field_award_status_value=All&state=All&field_funding_type_value=All&field_served_nationally_value=All&fiscal_year=&combine_awards=Edward+Byrne&awardee=&city=#awards-awards-list-block-dmzqt67wlsnsmnzy |
| L | Agency Information Collection Activities: Proposed collection, Comment Request; Deaths In Custody, 2001**.** 66 Fed. Reg. 23045 (May 7, 2001), *available at* https://www.federalregister.gov/d/01-11353/p-29 |
| M | The Bureau of Justice Statistics webpage, Federal Law Enforcement Agency Deaths in Custody Reporting Program (FDCRP), *available at* https://bjs.ojp.gov/data-collection/federal-law-enforcement-agency-deaths-custody-reporting-program-fdcrp |
| N | Agency Information Collection Activities: Proposed Collection; Comments Requested. 67 Fed. Reg. 68887 (Nov. 13, 2002), *available at* https://www.govinfo.gov/content/pkg/FR-2002-11-13/pdf/02-28738.pdf |
| O | Mortality in Correctional Institutions (MCI) data produced in relation to *Gannett v. Satellite Information Network, LLC v. U.S. Department of Justice*, Case No. 1:22-cv-00475-BAH: The first part of the exhibit is the Mortality in Correctional Institutions (MCI) Disclosure Analysis Prison Data on and after October 1, 2015 (October 26, 2023). *available at* https://www.ojp.gov/sites/g/files/xyckuh241/files/media/document/mcidisclosure20231026.pdf; MCI State Data 2016 to 2019 spreadsheets, *available at* https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fwww.ojp.gov%2Fsites%2Fg%2Ffiles%2Fxyckuh241%2Ffiles%2Fmedia%2Fdocument%2Fmcistatedatastatedata16_19.xlsx&wdOrigin=BROWSELINK |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'
CROSS-MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---------|-------------|
| Q | U.S. Senate Committee on the Judiciary - Senators Request Full Implementation, Enforcement of the Death In Custody Reporting Act (July 7, 2020), *available at* https://www.judiciary.senate.gov/press/dem/releases/senators-request-full-implementation-enforcement-of-the-death-in-custody-reporting-act |
| R | The Department of Homeland Security – Office of Inspector General ICE and CBP Deaths in Custody during FY 2021 (February 1, 2023), *available at* https://www.oig.dhs.gov/sites/default/files/assets/2023-02/OIG-23-12-Feb23.pdf |
| S | The Death in Custody Reporting Act 2000; Congressional Record Vol. 146, No. 97, Remarks of Asa Hutchinson (House - July 24, 2000), *available at* https://www.congress.gov/congressional-record/2000/07/24/house-section/article/H6736-1 |
| T | The Death in Custody Reporting Act 2000; Congressional Record Vol. 160, No. 147, Remarks of Patrick Leahy (December 4, 2014), *available at* https://www.congress.gov/congressional-record/2014/12/04/senate-section/article/S6341-2 |
| U | Agency Information Collection Activities: Proposed Collection; Comments Requested**,** 68 Fed. Reg. 8525 (February 21, 2003), *available at* https://www.federalregister.gov/documents/2003/02/21/03-4202/agency-information-collection-activities-proposed-collection-comments-requested |
| V | California's Department of Justice Criminal Justice Statistics Center Death in Custody Context (Revised August 2022), *available at* https://data-openjustice.doj.ca.gov/sites/default/files/dataset/2022-08/Death%20in%20Custody%20Context_081122.pdf; State of California, Department of Justice, Death in Custody Data, 2005-2022. Sacramento, California, May 2023 (last visited May 28, 2024), *available at* https://data-openjustice.doj.ca.gov/sites/default/files/dataset/2023-06/DeathInCustody_2005-2022.xlsx; Texas Attorney General, Custodial Death Report (last visited May 28, 2024), *available at* https://oag.my.site.com/cdr/cdrreportdeaths |
| W | Executive Order No. 14074—Advancing Effective, Accountable Policing and Criminal Justice Practices To Enhance Public Trust and Public Safety (May 25, 2022), *available at* https://www.govinfo.gov/content/pkg/DCPD-202200454/pdf/DCPD-202200454.pdf |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'
CROSS-MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---------|-------------|
| Y | Audits of the data collected under DCRA. A true and correct copy of Gretta Goodwin, Government Accountability Office, Deaths in Custody: Additional Action Needed to Help Ensure Data Collected by DOJ are Utilized, GAO-22-106033 (September 20, 2022), 13-14, *available at* https://www.hsgac.senate.gov/imo/media/doc/Goodwin%20Testimony.pdf; E. Ann Carson, Report Comparing Bureau of Justice Statistics and Bureau of Justice Assistance Mortality Death Collections (May 11, 2021), is *available at* https://omb.report/icr/202105-1121-001/doc/111526800 |

4                    Case No. 5:22-cv-02111-WLH-AFM

## I.  LEGAL STANDARD FOR JUDICIAL NOTICE

A court may take judicial notice of a fact "not subject to reasonable dispute [and] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (stating that a court "may take judicial notice of matters of public record outside the pleadings").  Courts "may presume that public records are authentic and trustworthy."  *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999).

Courts typically take judicial notice of matters of public record, such as pleadings from other cases and records and reports of administrative bodies.  *See United States v. 14.02 Acres*, 530 F.3d 883, 894 (9th Cir. 2008); *see also Island Software & Computer Serv., Inc. v. Microsoft Corp.*, 413 F.3d 257, 261 (2d Cir. 2005) (in deciding summary judgment motion, district court permitted to take judicial notice of Microsoft's federal copyright registrations, as published in Copyright Office's registry).  Judicial notice may also be taken of documents available on government websites. *Jarvis v. JP Morgan Chase Bank, N.A.,* CV 10-4184-GHK, 2010 WL 2927276, *1 (C.D. Cal. 2010) citing *Laborers' Pension Fund v. Blackmore Sewer Constr., Inc.,* 298 F.3d 600, 607 (7th Cir. 2002) (taking judicial notice of information from FDIC's official website) and *United States ex rel. Dingle v. BioPort Corp.,* 270 F.Supp.2d 968, 972 (W.D. Mich. 2003) ("Public records and government documents are generally considered not to be subject to reasonable dispute .... This includes public records and government documents available from reliable sources on the Internet.") (Internal citation and quotation omitted.)

## II.  JUDICIAL NOTICE IS APPROPRIATE FOR EACH EXHIBIT

Each of Exhibits A-O, Q-W, Y to this Request is properly the subject of judicial notice, for the following reasons:

**Exhibits B, J, K, and M** are Department of Justice websites, and are available as described above. They are subject to judicial notice as public records.

1       **Exhibits A, C, D, and E** are Department of Justice reports and are available for download

2   as described above. They are subject to judicial notice as public records.

3       **Exhibits G, L, N, and U** are excerpts from the Federal Register and are available for

4   download as describe above. They are subject to judicial notice as public records.

5       **Exhibit F** is a report "A Matter of Life and Death: The Importance of the Death in

6   Custody Reporting Act" by Project of Government Oversight and the Leadership Conference

7   Education Fund (February 2023). It is available as described above. It is subject to judicial notice

8   as a public record.

9       **Exhibit H** is a copy of the instructions to a BJS data collection form. It is available as

10   described above. It is subject to judicial notice as a public record.

11       **Exhibit I** is a report by the Congressional Research Service. It is available as described

12   above. It is subject to judicial notice as a public record.

13       **Exhibit O** is the data produced to *USA Today* subject to *Gannett v. Satellite Information*

14   *Network, LLC v. U.S. Department of Justice*, Case No. 1:22-cv-00475-BAH: It was publicly

15   released thereafter. The data is available as described above. It is subject to judicial notice as a

16   public record.

17       **Exhibit Q** is a public statement from members of the Senate Judiciary Committee. It is

18   available as described above. It is subject to judicial notice as a public record.

19       **Exhibit R** is a report by the Department of Homeland Security – Office of Inspector

20   General. It is available as described above. It is subject to judicial notice as a public record.

21       **Exhibits S and T** are transcripts of statements made by members of Congress. They are

22   available as described above. They are subject to judicial notice as a public record.

23       **Exhibits V** consists of state government websites detailing their death in custody record

24   system and/or publishing their death in custody data. They are available as described above. They

25   are subject to judicial notice as public records.

26

27                          6          Case No. 5:22-cv-02111-WLH-AFM

28

1    **Exhibit W** is an Executive Order of President Joseph Biden. It is available as described

2  above. It is subject to judicial notice as a public record.

3    **Exhibit Y** are audits of Death in Custody data sets by the Government Accountability

4  Office and the Bureau of Justice Statistics. They are available as detailed above. They are subject

5  to judicial notice as public records.

6                                  Respectfully submitted,

7

8   Dated: May 28, 2024                    DAVIS WRIGHT TREMAINE LLP

9

10                                       */s/ Leena Charlton*

11                                       **Leena Charlton**
                                         ***Attorneys for Plaintiffs***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                   7              Case No. 5:22-cv-02111-WLH-AFM

28