THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>  Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**PLAINTIFFS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Hearing: July 11, 2024<br>Time: 11:00 a.m.<br>Courtroom: 9B<br>First Street Courthouse<br>350 W. First Street<br>Los Angeles, CA 90012<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

PLEASE TAKE NOTICE that Plaintiffs Ethan Corey and The Appeal will, and hereby do, move this Court to grant summary judgment to Plaintiffs, pursuant to Federal Rule of Civil Procedure 56 for the reasons explained in the joint brief filed on May 31, 2024.

This motion is based on this Notice and the joint brief, filed at Docket 44-1, with accompanying declarations and exhibits.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 25, 2024. The parties thoroughly discussed the substance and potential resolution of the filed motion by videoconference.

Dated: June 5, 2024                                   DAVIS WRIGHT TREMAINE LLP

*/s/ Thomas R. Burke*
Thomas R. Burke
*Attorneys for Plaintiffs*