IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

On May 31, 2024, Plaintiffs cross-moved for summary judgment as to the improper withholding of documents responsive to Plaintiffs' Freedom of Information Act requests based on the government's improper application of FOIA Exemptions 3, 6, and 7(C), 5 U.S.C. § 552(b)(3), (6), (7)(C).

The Court, having considered Plaintiffs' Motion and accompanying declarations, and finding good cause therein, hereby GRANTS Plaintiffs' Motion for Summary Judgment, DENIES Defendant's Motion, and ORDERS that Defendant produce the unredacted records responsive to Plaintiffs' requests and judgment be entered for the Plaintif

IT IS SO ORDERED.

Dated: _____          _____
                               HON. WESLEY L. HSU
                               UNITED STATES DISTRICT JUDGE