THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT**<br><br>Motion Hearing: July 12, 2024<br>Time: 11:00 a.m.<br>Courtroom: 9B<br>First Street Courthouse<br>350 W. First Street<br>Los Angeles, CA 90012<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Pursuant to the Standing Order for Newly Assigned Civil Cases (Dkt. 29), Ethan Corey and The Appeal, Inc. ("Plaintiffs"), through their counsel of record, respectfully move to continue the oral arguments for the Parties' Motions for Summary Judgment, currently scheduled for July 12, 2024.

Plaintiff's Counsel who was to argue the motion has tested positive for COVID and is unable to participate in oral arguments.

This is the Parties' first request for an continuance of their oral argument date, though prior continuances shifting all summary judgment deadlines have been granted. The Parties are available September 13, September 27, and October 4, based on the Court's closed hearing dates. The Parties also request a continuance of the Alternate Dispute Resolution date and any affected trial dates.

The motion is made in good faith and not for purposes of delay. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 9, 2023.

Dated: July 9, 2024                                         DAVIS WRIGHT TREMAINE LLP

                                                            */s/ Thomas R. Burke*
                                                            Thomas R. Burke
                                                            *Attorneys for Plaintiffs*

2