**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br><br>　　　　　　*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br>　　　　　　*Defendant.* | Case No. 5:22-cv-02111 WLH-SK |

**DECLARATION OF LEENA CHARLTON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT**

I, Leena Charlton, pursuant to 28 U.S.C. § 1746, hereby declare and say the following under penalty of perjury:

I am an associate at the law firm Davis Wright Tremaine LLP, attorneys for Plaintiffs Ethan Corey and *The Appeal*. I submit this declaration in support of Plaintiff's Unopposed Motion to Continue Oral Argument. This declaration is based on my personal knowledge, except as otherwise indicated.

1. To provide a junior attorney an opportunity to argue in court, our team has allowed me to argue on behalf of Plaintiffs in support of their cross-motion for summary judgment.

2. Oral argument is currently scheduled for July 12, 2024.

3. On July 9, I tested positive for COVID and thus am no longer able to travel for the oral arguments.

4. This is the first request to continue the oral argument date, though there have been prior unopposed or joint requests granted for other aspects of this matter.

5. Every effort was made to make the deadline. I was prepared to argue the case.

1

6. There would be no prejudice to either party in granting this continuance.

7. I conferred via email with opposing counsel, who has consented to a continuance.

8. After reviewing the Court's closed hearing dates and conferring with opposing counsel, September 13, 27, and October 4 are days that both Parties are available for oral argument.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 9th of July, 2024, in New York, New York.

*/s/ Leena Charlton*
Leena Charlton