THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>          Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**UNOPPOSED MOTION FOR LEAVE FOR ALTERNATIVE COMPLIANCE WITH RULE A.3**<br><br>Motion Hearing: October 4, 2024<br>Time: 11:00 a.m.<br>Courtroom: 9B<br>First Street Courthouse<br>350 W. First Street<br>Los Angeles, CA 90012<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

1

| | |
|---|---|
| 1 | Pursuant to the Standing Order for Newly Assigned Civil Cases (Dkt. 29), Ethan Corey and The Appeal, Inc. ("Plaintiffs"), through their counsel of record, respectfully request leave for alternative compliance with Rule A.3, which requires lead trial counsel to appear at all proceedings, for the purposes of the October 4, 2024 oral argument only. |

Pursuant to the Standing Order for Newly Assigned Civil Cases (Dkt. 29), Ethan Corey and The Appeal, Inc. ("Plaintiffs"), through their counsel of record, respectfully request leave for alternative compliance with Rule A.3, which requires lead trial counsel to appear at all proceedings, for the purposes of the October 4, 2024 oral argument only.

In July, oral argument for the Parties' motions for summary judgment was continued until October 4, 2024, due to a COVID diagnosis. Leena Charlton, an associate and counsel for Plaintiffs, will be arguing the motion on behalf of Plaintiffs.

Thomas R. Burke is the designated lead trial counsel for Plaintiffs. Though available for the July argument date, he will be in Brazil through October 10, 2024, and unable to appear in person for the October 4 oral argument. *See* Declaration of Thomas R. Burke, filed concurrently.

In order to comply with Section A.3 of this Court's Standing Order, Plaintiffs now respectfully request leave for alternative compliance with the rule. Depending on the Court's preference, any of the following alternatives can be arranged by Plaintiffs: 1) Ms. Charlton appears alone, with prior preparation from Mr. Burke, 2) Ms. Charlton appears in person, and Mr. Burke appears remotely through Zoom or by telephone, or 3) Plaintiffs designate an additional lead trial counsel to attend with Ms. Charlton.

The motion is based on good cause, made in good faith, and not for purposes of delay. Granting this motion will not prejudice either party. The Parties have conferred, and Defendant consents to the motion.

Dated: August 12, 2024　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP

　　　　　　　　　　　　　　　　　　　　　　 */s/ Thomas R. Burke*
　　　　　　　　　　　　　　　　　　　　　　Thomas R. Burke
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*