**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br><br>                    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br>                    *Defendant.* | Case No. 5:22-cv-02111 WLH-SK |

**DECLARATION OF THOMAS R. BURKE IN SUPPORT
OF PLAINTIFFS' MOTION FOR LEAVE**

I, Thomas R. Burke, pursuant to 28 U.S.C. § 1746, hereby declare and say the following under penalty of perjury:

I am a partner at the law firm Davis Wright Tremaine LLP, attorneys for Plaintiffs Ethan Corey and *The Appeal*. I submit this declaration in support of Plaintiffs' Motion for Leave for Alternative Compliance with Rule A.3. This declaration is based on my personal knowledge, except as otherwise indicated.

1. I am lead trial counsel for the Plaintiffs.

2. I am aware that pursuant to Section A.3 of this Court's Standing Order for Newly Assigned Civil Cases (Dkt. 29), lead trial counsel must attend all proceedings.

3. To provide a junior attorney an opportunity to argue in court, Leena Charlton, an associate at DWT, will be arguing on behalf of Plaintiffs in support of their cross-motion for summary judgment. Oral argument is currently scheduled for October 4, 2024, after a continuance due to a COVID diagnosis.

4. I am currently in Brazil and will be there through October 10, 2024.

5. I will ensure that Ms. Charlton is prepared for oral argument.

6. In order to comply with the Court's standing order and avoid another continuance, and because Ms. Charlton will be arguing the motion, I respectfully request leave, for purposes of this oral argument only, to make alternative arrangements for lead trial counsel appearance.

7. Based on the Court's preference, we are able to accommodate any of the following options: 1) that Ms. Charlton appears on her own, 2) that Ms. Charlton appears in person, and I appear remotely by Zoom or telephone, or 3) that a second lead trial counsel is added who will appear with Ms. Charlton.

8. We conferred with Defendant's counsel on August 9, 2024. Defendant consents to the motion.

9. There would be no prejudice to either party in granting this motion.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 12th of August, 2024, in New York, New York.

*/s/ Thomas Burke*
Thomas Burke