1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10                   EASTERN DIVISION
11

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>      Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**ORDER GRANTING THE MOTION FOR LEAVE FOR ALTERNATIVE COMPLIANCE WITH RULE 4.3 [50]** |

1

On May 28, 2024, the Parties moved for summary judgment in the above action. The motions are fully briefed. Oral argument for these motions is currently scheduled for October 4, 2024, after a continuance due to illness.

The Court, having considered Plaintiffs' Motion for Leave for Alternative Compliance with Rule 4.3 and the accompanying declaration of Thomas R. Burke, and finding good cause therein, hereby **GRANTS** Plaintiffs' Motion.

**IT IS SO ORDERED** that Ms. Charlton may appear in-person to argue the motion for summary judgment, and Mr. Burke may appear remotely via Zoom or telephone.

Dated: August 20, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE