BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
CORMAC A. EARLY (D.C. Bar No. 1033835)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-7420
E-mail: Cormac.a.early@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JOHN C. KOREVEC (Cal. Bar No. 310157)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-7423
Facsimile: (213) 894-7819
E-mail: john.korevec@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice,
Office of Justice Programs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br>      Defendant. | No. 5:22-cv-02111-WLH-AFM<br><br>**CONSENT MOTION FOR EXTENSION OF TIME**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Defendant respectfully moves for a thirty-day extension of its deadline to comply with the Court's Order of October 15, 2024, requiring Defendant to lodge with the Court the categories of information in the responsive records that Defendant intends to redact pursuant to FOIA Exemption 6. Defendant's filing is currently due November 5, 2024; with the requested extension it would be due December 5, 2024.

Good cause exists to grant the requested extension because Defendant needs additional time to evaluate the responsive records and determine which categories of information may be withheld consistent with the Court's summary judgment ruling. Counsel for Plaintiff has stated that Plaintiff consents to the requested extension.

A proposed order accompanies this filing.

*/s/ Cormac A. Early*

_____
CORMAC A. EARLY
Trial Attorney

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**[PROPOSED] ORDER**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Upon consideration of Defendant's Consent Motion for an Extension of Time and finding good cause, it is HEREBY ORDERED that Defendant shall lodge with the Court the categories of information in the responsive records that it intends to redact under FOIA Exemption 6 on or before December 5, 2024.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2024.

_____
Hon. Wesley L. Hsu
United States District Judge