# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| THE APPEAL, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS<br><br>Defendant(s). | 5:22–cv–02111–WLH–SK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __10/31/2024__

Document No.:  __56__

Title of Document:  __MOTION for Extension of Time to File__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 31, 2024            By:  _/s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov_
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**