UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE APPEAL, INC. and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**ORDER RE CONSENT MOTION TO EXTEND**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |
|---|---|

Upon consideration of Defendant's Consent Motion for an Extension of Time and finding good cause, it is HEREBY ORDERED that Defendant shall lodge with the Court the categories of information in the responsive records that it intends to redact under FOIA Exemption 6 on or before December 5, 2024.

**IT IS SO ORDERED.**

Dated: November 6, 2024.

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-1-