# EXHIBIT 1

# BJA DCRA DATA CATEGORIES

| | A | B | C |
|---|---|---|---|
| 1 | Column | | Description |
| 2 | Q_16585 | 2.Please provide the following decedent information. If you have multiple deaths in custody, you will report one at a time.-Last Name | Last Name |
| 3 | Q_16628 | .Please provide the following decedent information. If you have multiple deaths in custody, you will report one at a time.-First Name | First Name |
| 4 | Q_16629 | .Please provide the following decedent information. If you have multiple deaths in custody, you will report one at a time.-Middle Name | Middle Initial |
| 5 | QQ_1769 | B.Gender | Gender |
| 6 | Q_16590 | C.Gender- | Gender (Open Tex) |
| 7 | Q_16591 | C.Race (Select all that apply)-American Indian or Alaska Native | American Indian or Alaska Native |
| 8 | Q_16592 | D.Race (Select all that apply)-Asian | Asian |
| 9 | Q_16594 | D.Race (Select all that apply)-Black or African American | Black or African American |
| 10 | Q_16593 | D.Race (Select all that apply)-Native Hawaiian or Other Pacific Islander | Native Hawaiian or Other Pacific Islander |
| 11 | Q_16595 | D.Race (Select all that apply)-White | White |
| 12 | Q_16596 | D.Race (Select all that apply)-Unknown | Unknown |
| 13 | QQ_1771 | D.Ethnicity | Ethnicity |
| 14 | Q_16600 | E.Birth Year (YYYY)-If unknown, please enter "9999" | Birth Year (YYYY) |
| 15 | Q_16601 | 3.Please list the following information regarding the decedent's death.- Date of Facility Admission/Arrest [Discontinued in January 1, 2020] | Date of Facility Admission/Arrest |
| 16 | Q_16602 | 3.Please list the following information regarding the decedent's death.-Date of Death (MM-DD-YYYY): | Date of Death (MM-DD-YYYY): |
| 17 | Q_16603 | 3.Please list the following information regarding the decedent's death.-Time of Death (24-hour clock): | Time of Death |
| 18 | Q_16604 | C.Location of Death-Location Name (if applicable). This could be the name of a facility, place of business, or other designation for the location of death: | Location Name (if applicable). This could be the name of a facility, place of business, or other designation for the location of death: |
| 19 | Q_16605 | C.Location of Death-Street Address: | Location of Death-Street Address: |
| 20 | Q_16606 | C.Location of Death-City: | Location of Death-City: |
| 21 | Q_16607 | C.Location of Death-State (postal abbreviation): | Location of Death-State (postal abbreviation): |
| 22 | Q_16608 | C.Location of Death-Zip: | Location of Death-Zip: |

|    | A | B | C |
|----|---|---|---|
| 23 | QQ_1775 | D.If the event causing the death occurred in any of the following facilities, please indicate the appropriate facility below. If the event causing the death did not occur in one of the facilities listed below, please use the "None of the above" answer choice | Facility Type |
| 24 | Q_16616 | 4.Please list the name of the department or agency that detained, arrested, or was in the process of arresting the deceased.-Agency Name: | Agency Name: |
| 25 | QQ_1777 | 5.Please indicate the manner of death (Mark only one). | Manner of Death |
| 26 | Q_16623 | 1.Please indicate the manner of death (Mark only one).-If yes, please report the agency conducting the investigation and an approximate end date. When the investigation has concluded, please contact the PMT Help Desk to update this report.: | Agency Conducting Interview/End Date |
| 27 | Q_16625 | 1.Please indicate the manner of death (Mark only one).-If other, please explain: | If other, please explain: |
| 28 | Q_16626 | 6.Please provide a brief description of the circumstances leading to the death (e.g., details surrounding an event that may have led to the death, the number and affiliation of any parties involved in an incident, the location and characteristics of an incident, other context related to the death, etc.).- | Brief Description |