# EXHIBIT 2

# BJS MCI DATA CATEGORIES (2000 – 2009)

| Column | Description |
|---|---|
| facname | facility name |
| lname | last name |
| fname | first name |
| mname | middle name |
| deathmon | month of death |
| deathday | day of death |
| year | year of death |
| dobmon | month of birth |
| dobday | day of birth |
| dobyr | year of birth |
| gender | sex of decedent |
| admmon | month in which decedent was admitted to facility |
| admday | day on which decedent was admitted to facility |
| admyr | year in which decedent was admitted to facility |
| curoff1 | primary current offense of decedent |
| curoff2 | secondary current offense of decedent |
| curoff3 | tertiary current offense of decedent |
| curoff4 | quarternary current offense of decedent |
| curoff5 | quinary current offense of decedent |
| lgstatus | legal status of decedent |
| othstat | other legal status (specify) |
| deathloc | location where inmate died in relation to facility |
| othloc | other location of death (specify) |
| causercd | 8-level cause of death variable |
| autopsy | are the results of an autopsy available in order to establish an official cause of death? |
| illspec | Specify illness which caused inmate's death -- text field |
| selfspec | Describe accidental self-injury that caused inmate's death -- text field |
| accspec | Describe accidental injury by other that caused inmate's death -- text field |
| ohomspec | Describe events of use of force by staff or other inmate(s) which led to inmate's death -- text field |
| othspec | Specify other causes of inmate's death -- text field |
| racehisp2 | Combined variable for race and Hispanic origin |