# EXHIBIT 3

# BJS MCI DATA CATEGORIES (2010 – 2019)

|    | A | B |
|----|---|---|
| 1  | **Column** | **Description** |
| 2  | State | State |
| 3  | Year | year of death |
| 4  | Lname | last name |
| 5  | Fname | first name |
| 6  | Mname | middle name |
| 7  | Deathmon | month of death |
| 8  | Deathday | day of death |
| 9  | Dobmon | month of birth |
| 10 | Dobday | day of birth |
| 11 | Dobyear | year of birth |
| 12 | Gender | gender |
| 13 | Race | race |
| 14 | Othrace | other race - specify |
| 15 | Admitmon | month in which decedent was admitted to facility |
| 16 | Admitday | day on which decedent was admitted to facility |
| 17 | Admityr | year in which decedent was admitted to facility |
| 18 | Curroff1 | primary current offense of decedent |
| 19 | Curroff2 | secondary current offense of decedent |
| 20 | Curroff3 | tertiary current offense of decedent |
| 21 | Curroff4 | quarternary current offense of decedent |
| 22 | Curroff5 | quinary current offense of decedent |
| 23 | Legalstatus | legal status of decedent |
| 24 | Othlegalstatus | other legal status (specify) |
| 25 | Mentalstay | overnight stay in mental health facility after admission to correctional facility |
| 26 | Deathloc | location where inmate died in relation to facility |
| 27 | Othloc | other location of death (specify) |
| 28 | Evaluate | Evaluation of cause of death? |
| 29 | Cause | Cause of death |
| 30 | Illspec | Specify illness which caused inmate's death -- text field |
| 31 | Drugspec | Specify type of alcohol or drug that caused inmate's death -- text field |

|    | A | B |
|----|---|---|
| 32 | Selfspec | Describe accidental self-injury that caused inmate's death -- text field |
| 33 | Accspec | Describe accidental injury by other that caused inmate's death -- text field |
| 34 | Suicspec | Describe events of suicide which led to inmate's death -- text field |
| 35 | Forcespec | Describe use of force that caused inmate's death -- text field |
| 36 | Otherspec | Specify other causes of inmate's death -- text field |
| 37 | Medcond | Was the cause of death the result of a pre-existing medical condition? |
| 38 | Medtrt1 | Medical treatment received: Evaluated by physical/medical staff? |
| 39 | Medtrt2 | Medical treatment received: Had diagnostic test? |
| 40 | Medtrt3 | Medical treatment received: Received medications? |
| 41 | Medtrt4 | Medical treatment received: Received treatment other than medications? |
| 42 | Medtrt5 | Medical treatment received: Had surgery? |
| 43 | Medtrt6 | Medical treatment received: Confined in special medical unit? |
| 44 | Medtrt9 | Medical treatment received: Not Applicable -- cause of death was accidental injury, suicide, homicide, etc. |
| 45 | Time | Time of day when death-causing incident occurred |
| 46 | Place_select | Sub-location where death-causing incident occurred |
| 47 | Insplace | Specific place elsewhere in the facility |
| 48 | Othplace | Specific place elsewhere outside facility |
| 49 | Notes | Additional notes |

|    | A | B |
|----|---|---|
| 50 | Place | Location where death-causing incident occurred |
| 51 | facname | Name of correctional facility involved |
| 52 | facloc | Location of correctional facility involved |
| 53 | Hispanic | Numerical designation of Hispanicity of deceased inmate |
| 54 | Race1 | Numerical designation of Race (White) of deceased inmate (added around 2013) |
| 55 | Race2 | Numerical designation of Race (Black or African American) of deceased inmate (added around 2013) |
| 56 | Race3 | Numerical designation of Race (American Indian or Alaska Native) of deceased inmate (added around 2013) |
| 57 | Race4 | Numerical designation of Race (Asian) of deceased inmate (added around 2013) |
| 58 | Race5 | Numerical designation of Race (Native Hawaiian or Pacific Islander) of deceased inmate (added around 2013) |
| 59 | Race6 | Numerical designation of Race (Other) of deceased inmate (added around 2013) |
| 60 | Ice | Was the inmate confined on behalf of Immigration |
| 61 | Marshals | Was the inmate confined on behalf of Marshals |
| 62 | Other | Was the inmate confined on behalf of Other |
| 63 | Homispec | Describe events of use of force by staff or other inmate(s) which led to inmate's death -- text field |