THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: leenacharlton@dwt.com

Attorneys for Plaintiffs
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EX PARTE APPLICATION FOR A REPLY BRIEF**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Objections to Defendant's *Ex Parte* Application
Case No. 5:22-cv-02111

Plaintiffs respectfully submit their objections to the Department of Justice's *Ex Parte* Application to File a Reply Brief in Support of its Submission of Categories of Information for Withholding Pursuant to Exemption 6.

As Plaintiffs indicated to Defendant—and is noted in the Defendant's application—Plaintiffs oppose Defendant's request for a reply because the Court did not contemplate such a filing in its order for summary judgment or during oral argument. While Plaintiffs anticipated ongoing conferral about the redactions with the Court's input, a reply does not serve that purpose. Rather, back-and-forth without the Court's guidance only serves to further delay the release of the DCRA records.

Furthermore, the arguments to which DOJ intends to respond are not new. They were raised in both the summary judgment briefing as well as oral argument. Plaintiff's objections included a counter-proposal responding as thoroughly as possible to DOJ's overbroad proposal and addressing the issues that were previously raised. As anticipated during oral argument, the ideal procedure would allow for the Court to weigh in on redactions and for any additional submissions to be tailored to the Court's remaining concerns.

Plaintiffs do not oppose the vacatur of pretrial deadlines and the trial date.

## CONCLUSION

The Court should deny Defendant's request for *ex parte* relief.

DATED: January 22, 2025                    DAVIS WRIGHT TREMAINE LLP


By: */s/ Thomas R. Burke*
    Thomas R. Burke
    Attorneys for Plaintiffs