YAAKOV ROTH
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
YURI FUCHS
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice,
Office of Justice Programs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br>　　　　Defendant. | No. 5:22-cv-02111-JFW (AFM)<br><br>STIPULATION TO CONTINUE APRIL 18, 2025 HEARING FOR FINAL RULING ON SUMMARY JUDGMENT MOTION<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant U.S. Department of Justice Office of Justice Programs, and Plaintiffs The Appeal, Inc. and Ethan Corey, by and through their respective attorneys of record, stipulate that the Hearing for Final Ruling on Summary Judgment Motion be continued from April 18, 2025, per the Scheduling Notice, ECF No. 76, to **May 16, 2025 at 1:30 p.m.**, or as soon thereafter as counsel may be heard in the above-entitled court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012 before the Honorable Wesley L. Hsu.

The grounds for this Stipulation are that the Court's Scheduling Notice, ECF No. 76, for April 18, 2025 is a date on which Eitan R. Sirkovich had arranged plans to be out of town on personal leave for the Easter holiday and had already pre-paid airfare and lodging fees.

**SO STIPULATED:**

Dated: April 14, 2025

Dated: April 14, 2025

YAAKOV ROTH
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
EITAN SIRKOVICH (D.C. Bar No. 900030102)
YURI FUCHS
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*/s/ Eitan R. Sirkovich*

EITAN R. SIRKOVICH
Trial Attorney

*Attorneys for Defendant*

THOMAS R. BURKE
(State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:   (213) 633-6800
Facsimile:   (213) 633-6899
Email:       sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:   (212) 489-8230
Facsimile:   (212) 489-8340

2

Email:   leenacharlton@dwt.com

*/s/ Leena Charlton*
Leena Charlton

*Attorneys for Plaintiffs*

3

1    I, Eitan R. Sirkovich, attest that all other signatories listed, and on whose behalf
2    the filing is submitted, concur in the filing's content and have authorized this filing.

                                              */s/ Eitan R. Sirkovich*

                                              EITAN R. SIRKOVICH
                                              Trial Attorney