1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

| 11 | THE APPEAL, INC. and ETHAN COREY, | No. 5:22-cv-02111-WLH (AFM) |
|---|---|---|
| 12 | Plaintiffs, | **ORDER RE STIPULATION TO CONTINUE HEARING FOR FINAL RULING ON SUMMARY JUDGMENT MOTION [77]** |
| 13 | v. | |
| 14 | UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS, | |
| 15 | Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court, having read the Stipulation to Continue the April 18, 2025,
2  Hearing For Final Ruling on Summary Judgment Motion, hereby **ORDERS**:

4  1. The Stipulation is **GRANTED**;
5  2. The Hearing for Final Ruling on Summary Judgment Motion is **CONTINUED**
6  from April 18, 2025, to **May 23, 2025 at 1:30 p.m**. in the above-entitled court
7  located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor,
8  Los Angeles, California 90012 before the Honorable Wesley L. Hsu.

10 **IT IS SO ORDERED.**

12 Dated   4/16/2025
                                    _____
13                                  HON. WESLEY L. HSU
14                                  UNITED STATES DISTRICT JUDGE