**Davis Wright Tremaine LLP**

23rd Floor
50 California Street
San Francisco, CA 94111

**Thomas R. Burke**
(415) 276-6552 tel
(415) 276-6599 fax

thomasburke@dwt.com

April 28, 2025

The Honorable Wesley L. Hsu
First Street Courthouse
350 West First Street,
Courtroom 9B, 9th Floor
Los Angeles, CA 90012

Re:   *The Appeal, Inc. and Ethan Corey v. United States Department of Justice – Office of Justice Programs*, No. 5:22-cv-02111-JFW (AFM)

Dear Judge Hsu:

We represent The Appeal, Inc. and Ethan Corey in the above-referenced matter and write to inform the Court of the DOJ's recent production of Death in Custody Records Act data pursuant to summary judgment order in *Gannett Satellite Information Network, LLC v. U.S. Department of Justice,* Case No. 1:22-cv-00475-BAH (D.D.C.). This production has a direct bearing on the remaining issues in this case.

On April 24, 2025, the Bureau of Justice Statistics ("BJS") released an entirely unredacted dataset from the Mortality in Correctional Institutions ("MCI") program.[1] Reflecting just over four years of data, the state prison dataset contains information for 16,626 decedents.[2] The local jail dataset contains information for 4,717 decedents.[3] According to BJS's own announcement email:

> This dataset includes data submitted pursuant to that collection, by state departments of corrections and local jails for deaths in their facilities between October 1, 2015 and December 31, 2019. Data

---

[1] The released dataset is a portion of the data referred to in Exhibit 3 of the DOJ's proposed redactions. *See* ECF 62-3.

[2] https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fwww.ojp.gov%2Fsites%2Fg%2Ffiles%2Fxyckuh241%2Ffiles%2Fmedia%2Fdocument%2Fmciprison2016_20192025.xlsx&wdOrigin=BROWSELINK

[3] https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fwww.ojp.gov%2Fsites%2Fg%2Ffiles%2Fxyckuh241%2Ffiles%2Fmedia%2Fdocument%2Fmcijail2016_20192025.xlsx&wdOrigin=BROWSELINK

DWT.COM

Hon. Hsu
April 28, 2025
Page 2

       elements include individual names, dates of birth, name of the state, name and location of facility, admission date, death date, cause of death, race, sex, and commitment offense of the individual.

The dataset also includes other categories of information considered for redaction by the Parties and the Court, including the names of third parties such as medical staff, decedent's criminal histories, and decedent's medical histories, including HIV diagnoses. According to filings in that case, the DOJ declined to appeal Hon. Howell's order to produce the data unredacted. *See Gannett*, ECF 50.

Sincerely,

*/s/ Thomas R. Burke*

Thomas R. Burke


cc:    Eitan Sirkovich (via ECF)