YAAKOV ROTH
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
YURI FUCHS
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice,
Office of Justice Programs

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**JOINT MOTION FOR LEAVE TO APPEAR REMOTELY**<br><br>Motion Hearing: May 22, 2025<br>Time: 3:15 p.m.<br>Courtroom: 9B<br>First Street Courthouse<br>350 W. First Street<br>Los Angeles, CA 90012<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Pursuant to the Standing Order for Newly Assigned Civil Cases (Dkt. 29), Plaintiffs and Defendant the Department of Justice (the "Parties"), through their counsel of record, jointly respectfully request to appear remotely for the upcoming May 22, 2025 hearing.

1

In October 2024, the Parties appeared for oral argument for their cross-motions for summary judgment. Pursuant to the Court's ruling, the Parties then submitted briefing on their proposed redactions to the Death in Custody Records Act dataset. It has been fully briefed since February 5, 2025.

A hearing was scheduled for April 18, 2025 for final resolution of the motions. However, it was continued to May 22, 2025, as it conflicted with counsel's schedule. The Court's order suggested the hearing's time may change due to a trial that week, which the Courtroom Deputy confirmed via email on April 30, 2025.

Both Parties' counsel are available for the hearing, but they respectfully request that they appear remotely as counsel are located on the East Coast. Because the time is subject to change and the schedule will not be finalized until May 21, it is difficult to plan travel, which may require overnight accommodations on either end depending on flight schedules and when counsel must be in court on May 22.

The motion is based on good cause, made in good faith, and not for purposes of delay. Granting this motion will not prejudice either party.

Dated: May 8, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Eitan R. Sirkovich*

EITAN R. SIRKOVICH
D.C. Bar No. 900030102
YURI S. FUCHS
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendant*

THOMAS R. BURKE
(State Bar No. 141930)

1     DAVIS WRIGHT TREMAINE LLP
2     50 California Street, 23rd Floor
      San Francisco, California 94111
3     Telephone: (415) 276-6500
      Facsimile: (415) 276-6599
4     Email: thomasburke@dwt.com

5     SARAH E. BURNS (State Bar No. 324466)
      DAVIS WRIGHT TREMAINE LLP
6     865 South Figueroa Street, Suite 2400
7     Los Angeles, California 90017
      Telephone: (213) 633-6800
8     Facsimile: (213) 633-6899
9     Email: sarahburns@dwt.com

10    LEENA M. CHARLTON (*pro hac vice*)
      DAVIS WRIGHT TREMAINE LLP
11    1251 Avenue of the Americas, 21st Floor
12    New York, New York 10020
      Telephone: (212) 489-8230
13    Facsimile: (212) 489-8340
14    Email: leenacharlton@dwt.com

15    */s/ Leena Charlton*
16    Leena Charlton

17    *Attorneys for Plaintiffs*

I, Eitan R. Sirkovich, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

                                        */s/ Eitan R. Sirkovich*
                                        EITAN R. SIRKOVICH
                                        Trial Attorney