UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPEAL, INC; and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendants. | Case No. 5:22-cv-02111-JFW (AFM)<br><br>**ORDER RE JOINT MOTION TO APPEAR REMOTELY [83]** |

The Court, having read the parties' Joint Motion for Leave to Appear Remotely, hereby **ORDERS**:

1. The Motion is **GRANTED**; counsel may attend the hearing scheduled for May 22, 2025, remotely.

**IT IS SO ORDERED.**

Dated: May 13, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE