BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Director
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice,
Office of Justice Programs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>        Defendant. | No. 5:22-cv-02111-JFW (AFM)<br><br>**JOINT STATUS REPORT**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Pursuant to the Court's Final Order, ECF No. 92, the Parties submit this status report regarding Defendant's planned production of the requested information. The Parties have conferred via email.

On August 15, 2025, counsel for the Defendant informed counsel for Plaintiffs that the FOIA office at OJP reports it has the capacity to manually conduct line-by-line review of and produce 3,000 rows of data every two weeks. There are roughly 39,000 rows of data, so the FOIA office anticipates that there will be 13 rounds of production, the first of which will be on September 12, 2025.

Plaintiffs responded on August 18, 2025, raising several questions for the FOIA office asking for more qualitative and quantitative details about the data under review and whether there was a means to automate the review process based on a keyword search for relevant terms. On August 22, 2025, Defendant provided the descriptions of the data requested and explained that an automated keyword search would not be possible because it would not be feasible or efficient to create an exhaustive list of keywords or to account for the context provided in an open-text field that makes certain information sensitive and necessitates withholding related PII to protect the privacy interests the Court has identified.

Plaintiffs noted that many of the open-text fields likely contain only a few words and should be quicker to process. After further discussion, Defendant agreed to process 4,000 rows every two weeks, which would result in roughly 10 productions, unless there are unforeseen issues. Additionally, if the review process goes faster, the reviewers will not limit themselves to 4,000 rows.

Defendant will make its first production on September 12, 2025, and the Parties will continue to update the Court as proper, or pursuant to any additional status report schedule the Court chooses to enter.

| | | |
|---|---|---|
| 1 | Dated: September 2, 2025 | BRETT A. SHUMATE |
| 2 | | Assistant Attorney General |
| | | ELIZABETH SHAPIRO |
| 3 | | Deputy Director |
| | | EITAN R. SIRKOVICH (D.C. Bar No. 900030102) |
| 4 | | Trial Attorney, U.S. Department of Justice |
| 5 | | Civil Division, Federal Programs Branch |
| | | 1100 L Street, N.W. |
| 6 | | Washington, D.C. 20005 |
| | | Telephone: (202) 353-5525 |
| 7 | | E-mail: eitan.r.sirkovich@usdoj.gov |

*/s/ Eitan R. Sirkovich*

EITAN R. SIRKOVICH
Trial Attorney

*Attorneys for Defendant*

THOMAS R. BURKE
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
Email:         thomasburke@dwt.com

SARAH E. BURNS
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899
Email:         sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:  (212) 489-8230
Facsimile:   (212) 489-8340
Email:         leenacharlton@dwt.com

*/s/ Leena Charlton*
Leena Charlton
*Attorneys for Plaintiffs*

I, Eitan R. Sirkovich, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Eitan R. Sirkovich*

EITAN R. SIRKOVICH
Trial Attorney