BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice,
Office of Justice Programs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>　　　　　Defendant. | No. 5:22-cv-02111<br><br>**NOTICE OF FORTHCOMING MOTION AND PRODUCTION SCHEDULE**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

**NOTICE**

Defendant hereby provides notice of its forthcoming motion for relief from final judgment under Federal Rule Civil Procedure Rule 60(b), which Defendant intends to file by February 27, 2026. It has come to Defendant's attention that Congress retroactively amended the Crime Control Act to prohibit the disclosure of the data at issue in this case. *See* National Defense Authorization Act for Fiscal Year 2026, Pub. L. No. 119-60, Sec. 8205(b), 139 Stat. 718 (Dec. 18, 2025). Out of respect for Congress's intent, and to mitigate the potential for inter-Branch conflict, Defendant intends to pause its biweekly data productions, *see* Joint Status Report, ECF No. 93 (Sept. 2, 2025), until the Court has the opportunity to rule on the forthcoming motion. Defendant will continue processing the data and its redactions such that in the event the Court denies the forthcoming motion, the production schedule will not experience any setbacks. Should the Court determine that productions must continue during the pendency of the motion, Defendant will expeditiously comply.

Dated: February 13, 2026

BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH (D.C. Bar No. 900030102)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendant*