BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Assistant Branch Director
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice,
Office of Justice Programs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>　　　　　　Defendant. | No. 5:22-cv-02111-JFW (AFM)<br><br>**STIPULATION TO BRIEFING SCHEDULE AND HEARING DATE OF APRIL 9, 2026, RE: DEFENDANT'S MOTION FOR RELIEF FROM FINAL JUDGMENT, ECF NO. 95**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant U.S. Department of Justice Office of Justice Programs, and Plaintiffs The Appeal, Inc. and Ethan Corey (together, "the Parties"), by and through their respective attorneys of record, stipulate to setting a hearing date regarding Defendant's Motion for Relief from Final Judgment, ECF No. 95, on **April 10, 2026 at 1:30 p.m.**, or as soon thereafter as counsel may be heard in the above-entitled court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012 before the Honorable Wesley L. Hsu.  The Parties request for good cause that counsel be permitted to participate remotely, as counsel for the Parties are both located on the East Coast.  The Parties further stipulate that Plaintiffs' opposition to the motion will be due on **March 20, 2026,** and that Defendant's reply will be due on **March 27, 2026.**

1

**SO STIPULATED:**

Dated: March 5, 2026

Dated: March 5, 2026

BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Assistant Branch Director
EITAN R. SIRKOVICH (D.C. Bar No. 900030102)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*/s/ Eitan R. Sirkovich*

EITAN R. SIRKOVICH
Trial Attorney

*Attorneys for Defendant*

THOMAS R. BURKE
(State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:        thomasburke@dwt.com

SARAH E. BURNS (State Bar No. 324466)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899
Email:        sarahburns@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:  (212) 489-8230

2

Facsimile:    (212) 489-8340
Email:        leenacharlton@dwt.com

*/s/ Leena Charlton*
Leena Charlton

*Attorneys for Plaintiffs*

I, Eitan R. Sirkovich, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Eitan R. Sirkovich*

EITAN R. SIRKOVICH
Trial Attorney