# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY, | Case No.: 5:22-cv-02111-JFW (AFM) |
| *Plaintiffs*, | **ORDER RE:** |
| v. | **STIPULATION TO BRIEFING SCHEDULE AND HEARING DATE OF APRIL 10, 2026 RE: DEFENDANT'S MOTION FOR RELIEF FROM FINAL JUDGMENT [95]** |
| UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS, | |
| *Defendant*. | |

The Court, having considered the Parties' Stipulation, hereby **ORDERS**:

1. The Stipulation is **GRANTED**;
2. The Hearing on Defendant's Motion for Relief from Final Judgment (Dkt. No. 95), is scheduled for April 10, 2026, at 1:30 p.m. in the above-entitled court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012 before the Honorable Wesley L. Hsu.
3. Counsel are permitted to participate remotely.
4. Plaintiffs' opposition to Defendant's motion is due March 20, 2026.
5. Defendant's reply, if any, is due March 27, 2026.

**IT IS SO ORDERED.**

Dated: March 6, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2