DAVIS WRIGHT TREMAINE LLP

THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email: thomasburke@dwt.com

CYDNEY S. FREEMAN (State Bar No. 315766)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899
Email: cydneyfreeman@dwt.com

LEENA M. CHARLTON (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340
Email: leenacharlton@dwt.com

*Attorneys for Plaintiffs*
THE APPEAL, INC., and ETHAN COREY

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-SK<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Notice of Supplemental Authority
Case No. 5:22-cv-02111

Plaintiffs respectfully submit this notice of supplemental authority pertaining to issues raised in Defendant's Motion for Relief from Final Judgment, ECF 95, and Plaintiffs' opposition thereto.  ECF 100.

The supplemental authority is the Congressional Record, dated March 21, 2026. There, Senator Klobuchar, who sponsored the Honoring Our Fallen Heroes Act, stated:

> Mr. President, last December, Congress passed into law the Honoring Our Fallen Heroes Act as part of the National Defense Authorization Act for Fiscal Year 2026. This important law was passed to expand access to Federal support for the families of firefighters and other first responders who pass away from service related cancers, through the Public Safety Officers' Benefits—PSOB—Program. Firefighters put their lives on the line everyday to keep us safe, and the law we passed honors the commitment we make to first responders who make the ultimate sacrifice. Included in the law is a confidentiality of information provision, ensuring that when families of these heroes apply for the benefits they deserve, the sensitive medical information required as part of their PSOB application remains confidential. Because some parts of the PSOB program, such as benefits arising from the September 11 terrorist attacks, were covered under different statutory frameworks, we drafted the confidentiality of information provision to ensure that a uniform set of rules apply to all PSOB claims. **I understand that the Justice Department has argued that the law passed to help firefighters and first responders somehow prohibits the disclosure of Deaths in Custody Reporting Act data made pursuant to a Freedom of Information Act request. That was not our intent.**

119th Cong., 2nd Sess. 172-52 (2026) at S1484 (emphasis added).  A copy is attached to this notice as Exhibit A.[1]

DATED: March 23, 2026                    DAVIS WRIGHT TREMAINE LLP

                                         By: */s/ Thomas R. Burke*
                                              Thomas R. Burke
                                              Attorneys for Plaintiffs

---

[1] *See also* https://www.congress.gov/119/crec/2026/03/21/172/52/CREC-2026-03-21.pdf.