UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>          Defendant. | No. 5:22-cv-02111-JFW (AFM)<br><br>**ORDER RE: STIPULATION TO CONTINUE HEARING DATE CURRENTLY SET FOR MAY 8, 2026 [105]** |

The Court, having read the Stipulation to Continue the Hearing Date Currently Set for May 8, 2026, hereby **ORDERS**:

1. The Stipulation is **GRANTED**;

2. The Hearing on Defendant's Motion for Relief from Final Judgment (Dkt. No. 95) is **CONTINUED** from May 8, 2026, to **June 5, 2026 at 1:30 p.m**.

**IT IS SO ORDERED.**

Dated: April 24, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1