IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THE APPEAL, INC., and ETHAN COREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,<br><br>Defendant. | Case No. 5:22-cv-02111-WLH-AFM<br><br>**ORDER RE REQUEST FOR CLARIFICATION [106]** |

The Court, having considered Plaintiffs' Request for Clarification, (Dkt. No. 106), hereby **SUSPENDS** the Summary Judgment Orders, (Dkt. No. 54, 92), while Defendant's Motion to Set Aside Judgment, (Dkt. No. 95), is pending before the Court.

Dated: April 30, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1