UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:22-cv-02111-WLH-SK | Date | June 5, 2026 |
|---|---|---|---|
| Title | The Appeal, Inc. et al v. United States Department of Justices Office of Justice Programs | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Leena M. Charlton | Eitan Sirkovich |

**Proceedings:**    DEFENDANT'S MOTION FOR RELIEF FROM FINAL JUDGMENT [95]

The matter was called, and counsel stated their appearances.  The Court's Tentative Ruling was issued on June 4, 2026, and reviewed by counsel. The Court heard oral argument.  The Court took the request **UNDER SUBMISSION,** and a ruling will be issued. Pursuant to Local Rule 83-6.6, photographing or recording any part of these proceedings, including any appearance made by telephone or videoconference, is prohibited.

|  | : | 38 |
|---|---|---|
| Initials of Deputy Clerk | cgm | |