UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THE APPEAL, INC., and ETHAN COREY,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS,

Defendant.

Case No. 5:22-cv-02111-WLH-AFM

**ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES [114]**

The Court is in receipt of the parties' stipulation, and finding good cause hereby **GRANTS** the deadline for Plaintiffs Ethan Corey and The Appeal, Inc. to move for attorney's fees and costs is enlarged to 60 days after entry of final judgment by the clerk.

**IT IS SO ORDERED.**

Dated:  July 07, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE