**JS-6**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPEAL, INC. and ETHAN COREY, Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE'S OFFICE OF JUSTICE PROGRAMS, Defendant. | No. 5:22-cv-02111-WLH-SK<br><br>**JUDGMENT**<br><br>Hon. Wesley L. Hsu<br>United States District Judge |

Having considered the pleadings, the record, and all arguments presented, and having issued its ruling in favor of Defendants on all counts, *see* Final Order re Motion for Relief from Final Judgment, (Dkt. No. 111), the Court hereby enters the following judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure:

Judgment is entered **in favor of Defendant** on all causes of action.

**IT IS SO ORDERED.**

Dated August 12, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE